**Fill in this information to identify your case:**

| Debtor 1 | HEIDI V. BARNES | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Bret Walter Barnes | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Florida

Case number  18-20672-JKO-7
(if known)



OCT 16 2018

## Official Form 427
## Cover Sheet for Reaffirmation Agreement

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

### Part 1: Explain the Repayment Terms of the Reaffirmation Agreement

1. **Who is the Creditor?** ACAR Leasing LTD d/b/a GM Financial Leasing
   Name of the creditor

2. **How much is the debt?**
   On the date that the bankruptcy case is filed    $ 13,140.00 **
   To be paid under the reaffirmation agreement    $ 13,140.00 **
   $___*___ per month for ___*___ months (if fixed interest rate)
   
   * monthly installments in the amount of $365.00 (future payment amount under the Lease may be different) commencing on 9/27/2018 and continuing on the same day of each succeeding month until the end of Lease term (10/27/2021) plus all amounts due under the Lease at the termination of the Lease
   
   **Plus all amounts due under the lease at the termination of the lease.

3. **What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**
   Before the bankruptcy case was filed    0.0%
   Under the reaffirmation agreement    0.0%   [ ] Fixed rate
                                                [ ] Adjustable rate

4. **Does collateral secure the debt?**
   [ ] No
   [X] Yes. Describe the collateral.   2018 BUICK ENCLAVE 2WD, VIN: 5GAERBKW0JJ252918
   Current market value    $ 44,200.00

5. **Does the creditor assert that the debt is nondischargeable?**
   [X] No
   [ ] Yes. Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

6. **Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

   Income and expenses reported on Schedules I and J

   6a. Combined monthly income from line 12 of schedule I    $ 5,745.24
   6b. Monthly expenses from line 22c of Schedule J    $ 6,366.44
   6c. Monthly payments on all reaffirmed debts not listed on Schedule J    $ 0.00
   6d. Scheduled net monthly income    $ (-621.20)
       Subtract line 6b and 6c from 6a.
       If the total is less than 0, put the number in brackets.

   Income and expenses stated on the reaffirmation agreement

   6e. Monthly income from all sources after payroll deductions    $ 5,745.24
   6f. Monthly expenses    $ 6,366.44
   6g. Monthly payments on all reaffirmed debts not included in monthly expenses    $ 0.00
   6h. Present net monthly income    $ (-621.20)
       Subtract line 6f and 6g from 6e.
       If the total is less than 0, put the number in brackets.

Debtor 1    HEIDI V BARNES                                  Case number (if known) 18-20672-JKO-7
        First Name     Middle Name     Last Name

7. **Are the income amounts on lines 6a and 6e different?**
   [X] No
   [ ] Yes. Explain why they are different and complete line 10. _____

8. **Are the expense amounts on line 6b and 6f different?**
   [X] No
   [ ] Yes. Explain why they are different and complete line 10. _____

9. **Is the net monthly income in line 6h less than 0?**
   [ ] No
   [X] Yes. A presumption of undue hardship arises (unless the creditor is a credit union). Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10.

   We are adjusting our monthly expenses so that we can continue to pay for the vehicle as

   it is necessary to maintain our employment. All Expenses we can lower or eliminate will be

   adjusted to ensure we can make this payment.

10. **Debtor's certification about lines 7-9**

    If any answer on lines 7-9 is Yes, the debtor must sign here.

    If all the answers on lines 7-9 are No, go to line 11.

    I certify that each explanation on lines 7-9 is true and correct.

    x /s/ Heidi Barnes             x _____
    Signature of Debtor 1         Signature of Debtor 2 (Spouse Only in a Joint Case)

11. **Did an attorney represent the debtor in negotiating the reaffirmation agreement?**
    [ ] No
    [X] Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?
    [X] No
    [ ] Yes.

### Part 2: Sign Here

Whoever fills out this form must sign here.

I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Cover Sheet for Reaffirmation Agreement.

x /s/ Heidi Barnes                              Date 10/4/18
Signature                                                                   MM / DD / YYYY

Heidi Barnes
Printed Name

Check one:
[X] Debtor or Debtor's Attorney
[ ] Creditor or Creditor's Attorney

Official Form 427              Cover Sheet for Reaffirmation Agreement              page 2