United States Bankruptcy Court
Southern District of Florida

In re:                                                            Case No. 18-20672-JKO
Bret Walter Barnes                                                Chapter 7
Heidi V Barnes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-0         User: romeroc         Page 1 of 1         Date Rcvd: Oct 15, 2018
                             Form ID: CGFCRD3      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.
jdb            +Heidi V Barnes,   310 SW 190th Avenue,   Hollywood, FL 33029-5442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:
          Matthew   Mazur, Jr   on behalf of Joint Debtor Heidi V Barnes mmazurjr@mazur-law.com,
            mazurpaecf@gmail.com;mazurmr43063@notify.bestcase.com
          Matthew   Mazur, Jr   on behalf of Debtor Bret Walter Barnes mmazurjr@mazur-law.com,
            mazurpaecf@gmail.com;mazurmr43063@notify.bestcase.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Scott N Brown    sbrown@bastamron.com,
            jarrechavala@bastamron.com;snbrown@ecf.epiqsystems.com;dtimpone@bastamron.com
          Stefan  Beuge, Esq.    on behalf of Creditor   J.G.Wentworth Home Lending, LLC
            flsd.bankruptcy@phelanhallinan.com,  Stefan.Beuge@phelanhallinan.com
                                                                                             TOTAL: 5

Form CGFCRD3  (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18−20672−JKO

Chapter: 7

**In re:**

Bret Walter Barnes  
310 SW 190th Avenue  
Hollywood, FL 33029

SSN: xxx−xx−2791

Heidi V Barnes  
310 SW 190th Avenue  
Hollywood, FL 33029

SSN: xxx−xx−8919

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **November 7, 2018** at **11:00 AM** at the following location:

**U.S. Courthouse**  
**299 E Broward Blvd #301**  
**Ft Lauderdale FL 33301**

to consider the following:

**Reaffirmation Agreement with suntrust bank Filed by Creditor SunTrust Bank. (Suntrust Bank (Cremony))**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON−EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above−described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072−2.**

Dated: <u>10/15/18</u>

CLERK OF COURT  
By: <u>Christina Romero</u>  
Courtroom Deputy