

**ORDERED in the Southern District of Florida on November 8, 2018.**

*John K. Olson, Judge*
*United States Bankruptcy Court*

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                Case No. 18-20672-JKO

BRET WALTER BARNES                                      Chapter 7
and HEIDI V. BARNES

                Debtor(s)

_____/

**ORDER ON REAFFIRMATION AGREEMENT**

The debtor **BRET WALTER BARNES** has filed a motion for approval of the reaffirmation agreement dated **10/10/18** made between the debtor and **SunTrust Bank (D.E. # 15).**

The court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on November 7, 2018.

**COURT ORDER:**

The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

###

**Submitted by:**
/s/ Matthew E. Mazur, Jr., Esq.
Matthew E. Mazur, Jr.
Attorney for the Debtors
2645 Executive Park Drive, Suite 110
Weston, Florida 33331
Phone: (305) 466-3328
Email: mmazurjr@mazur-law.com

Attorney Mazur is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.