UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                              Case No.: 18-20672-BKC-JKO
                                                                                    Chapter 7
**BRET WALTER BARNES**
SS# XXX-XX-2791
**HEIDI V BARNES**
SS# XXX-XX-8919

_____ Debtors.  _____/

## TRUSTEE SCOTT N. BROWN'S NOTICE OF ABANDONMENT

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE**

Scott N. Brown, the duly appointed and acting trustee of the above-captioned estate (the "Trustee"), pursuant to Bankruptcy Rule 6007, reports that he intends to abandon the Estate's right, title and interest, if any, in the following scheduled property:

**310 SW 190 Ave Pembroke Pines, FL 33029**
as listed on Line 1 of Schedule "A/B"
( the "Real Property")

A review of, among other things: (a) the Debtors' schedules; and (b) documents provided by the Debtors, reflect that there is minimal, if any, net, non-exempt equity in the Real Property to be administered for the benefit of the Estate. In addition, the Trustee has not been provided with evidence that the Real Property are insured.  Accordingly, the Trustee asserts that the Real Property constitute administrative burdens to this Estate.

Any objection to this abandonment must be filed with the Clerk of the Bankruptcy Court, 299 East Broward Blvd., Room 112, Fort Lauderdale, Florida 33301, with a copy sent to the Trustee.

Case No. 18-20672-BKC-JKO

**I HEREBY CERTIFY** that on February 26, 2019, a true and correct copy of the foregoing

was served, as follows:

via electronic transmission to

Stefan Beuge     flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com
Matthew Mazur     mmazurjr@mazur-law.com, info@mazur-law.com
Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

and via U.S. Mail to the attached service list.

                                                        /s/ Scott N. Brown
                                                        Scott N. Brown, Trustee
                                                        SunTrust International Center
                                                        One Southeast Third Ave., Suite 1400
                                                        Miami, FL  33131
                                                        Telephone: (305) 379-7904
                                                        Telefax: (305) 379-7905

00306503.DOCX

| | | |
|---|---|---|
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | ACAR Leasing LTD dba GM Financial Leasing<br>POB 183853<br>Arlington, TX 76096-3853 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex/Bankruptcy<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Best Buy<br>7601 Penn Avenue<br>South Richfield, MN 55423-3683 | Best Buy<br>POB 6204<br>Sioux Falls, SD 57117-6204 | Best Buy Credit Services<br>POB 9001007<br>Louisville, KY 40290-1007 |
| Bret Walter Barnes<br>310 SW 190th Avenue<br>Hollywood, FL 33029-5442 | Cap1/bstby<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3407 | Capital One/ Best Buy<br>Attn: Bankruptcy<br>POB 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank North America<br>Citibank Corp/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank, N.A.<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citicards<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | Eric Rathert<br>Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA<br>50306-0438 |
| First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197-0002 | Heidi V Barnes<br>310 SW 190th Avenue<br>Hollywood, FL 33029-5442 | Infibank<br>No longer open as Infibank<br>Omaha, NE 68103 |
| Jg Wentworth Home Lend<br>3350 Commission Ct<br>Woodbridge, VA 22192-1784 | Memorial Healthcare System<br>Patient Financial Services<br>2900 Corporate Way<br>Miramar, FL 33025-3925 | Memorial Physician Group<br>POB 538463<br>Atlanta, GA 30353-8463 |
| North Broward Radiologists, P.A.<br>POB 1631<br>Indianapolis, IN 46206-1631 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |

| | | |
|---|---|---|
| Radiology Associates of Hollywood, Inc<br>POB 3495<br>Toledo, OH 43607-0495 | Sheridan Healthcorp, Inc.<br>POB 3495<br>Toledo, OH 43607-0495 | Sports Med Assoc of S FL<br>2101 N Commerce Pkwy<br>Weston, FL 33326-3238 |
| State Farm Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | State Farm Financial S<br>1 State Farm Plaza<br>Bloomington, IL 61710-0001 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| SunTrust Bank<br>Attn: Bankruptcy<br>Po Box 85092 Mc Va-Wmrk-7952<br>Richmond, VA 23285-5092 | Synchrony Bank<br>PRA Receivables Management, LLC<br>c/o Valerie Smith<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Wells Fargo<br>Attn: Bankruptcy Dept<br>435 Ford Rd Suite 300<br>St. Louis Park, MN 55426-4938 | | |